App. Div. 923, 108 N. Y. Supp. 1150; 135 App. Div. 649, 119 N. Y. Supp. 955.

WILSON, Appellant, v. FAXON. WILLIAMS & FAXON, Respondents. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Fannie E. Wilson against Faxon, Williams & Faxon. No opinion. Judgment affirmed, with costs.

WILSON, Appellant, v. FAXON, WILLIAMS & FAXON, Respondents. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Fannie E. Wilson against Faxon, Williams & Faxon. No opinion. Motion for leave to appeal to Court of Appeals granted.

WILSON, Respondent, v. HANNA, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Frank B. Wilson against John Hanna.

PER CURIAM. Motion denied, without costs, on condition that the appellant perfect his appeal within 10 days, place the cause at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

WILSON, Appellant, v. LYONS, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Fred B. Wilson against Ribert T. Lyons. Henry G. K. Heath, for appellant. E. A. Alexander, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WILSON v. SCHMIDT. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Grace Wilson against Herman A. Schmidt. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WITHERALL v. COWDIN et al. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by William A. Witherall against Elliott C. Cowdin and Frank A. Bennett. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements.

WOECKENER, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court. Appellate Division, First Department. November 3, 1911.) Action by Frederick W. Woeckener against the Richmond Light & Railroad Company. J. J. Kenney, for appellant. M. Wetherhorn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 N. Y. Supp. 1135.

WRIGHT, Appellant, v. PEERLESS GARAGE & SALES CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Arthur D. Wright against the Peerless Garage & Sales Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re YERKES. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Mary A. Yerkes, etc. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re YOUKER. (Supreme Court, Appellate Division, Second Department. September 25, 1911.) In the matter of the application of Wilfred Earl Youker for peremptory writ of mandamus to Edward Lazansky, Secretary of State, and others. No opinion. Order affirmed, without costs.

YOUNG et al. v. BARKER et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Charles H. Young and another, as sole trustees, etc., of George Bell, deceased, against Charles B. Barker and others. No opinion. Judgments and order affirmed, with costs to the plaintiffs. See, also, 142 App. Div. 947, 127 N. Y. Supp. 1150.

YUDICKI, Respondent, v. HODGMAN RUBBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Barney Yudicki against the Hodgman Rubber Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 893, 119 N. Y. Supp. 1151.

END OF CASES IN VOL. 131

*